# UNITED STATES DISTRICT COURT

_____ District of _____

FILED
OFFICE

David Wattleton

    Plaintiff

V.

David Winn, Warden

    Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

P 12: 25

CASE NUMBER: 04-40185

I, _____David Wattleton_____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration ___FMC-Bedmen Ayers, MA___

   Are you employed at the institution? __no__ Do you receive any payment from the _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
      5-26-99 — $755°° per wk — U.S. Motivation 7800 Roswell Rd, Roswell, GA

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends    ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments    ☐ Yes    ☒ No
   e. Gifts or inheritances    ☐ Yes    ☒ No
   f. Any other sources    ☐ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAVID WATTLETON,  )
    Petitioner,  )
vs.  )   04-40185
DAVID WINN, Warden,  )
Federal Medical Center-Devens,  )
    Respondent.  )

SUPPLEMENTAL BRIEF
IN SUPPORT OF MOTION TO
PROCEED IN FORMA PAUPERIS

COMES NOW, the petitioner, David Wattleton, through pro se, hereby files this supplemental brief in support of motion to proceed in forma pauperis. He believes that he is an insanity acquittee and not a " prisoner " within the meaning of 28 U.S.C. section 1915(h), or the Prison Litigation Reform Act (PLRA), therefore he need not establish his poverty by submitting a detailed inmate account ledger under section 1915, nor is he subject to the three strikes rule found in subsection (g) of that section. See, Kolocotronis v Morgan, 247 F.3d 726 (8th Cir 2001); Troville v Venz, 303 F.3d 1256 (11th Cir 2002). Therefore he request that this Court grant him in forma paueris status.

Respectfully submitted,

*[signature]*