```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS
                      WORCESTER DIVISION
```

DAVID WATTLETON,            )
                            )
        Petitioner,         )
                            )
                            )
                            )
  vs.                       )
                            )
                            )
DAVID WINN, WARDEN,         )
FEDERAL MEDICAL CENTER-DEVENS, )
FEDERAL BUREAU OF PRISONS,  )
                            )
        Respondent(s).      )
                            )

```
                FILED
           CLERK'S OFFICE

           2004 SEP 27  P 12: 18

           U.S. DISTRICT COURT
           DISTRICT OF MASS.
```

MOTION FOR SUMMARY JUDGMENT
PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE RULE 56

The petitioner, David Wattleton, through pro se, hereby files this motion for summary judgment pursuant to the Federal Rules of Civil Procedure Rule 56(c). The present posture of the case before the Court is that Mr. Wattleton is challenging the legality of his involuntary commitment via 28 U.S.C. Section 2241. He asserts that due to the unusual circumstances of this case this Court should entitle him to preferential treatment.

Firts, " although most section 2241 habeas petitions could not be brought in the ( District of Northenn Georgia ) while the petitioner is in custody in the ( District of Massachusetts ) <u>Norton v United States</u>, 119 F.Supp.2d. 43, 45 (D.Mass 2000), Mr. Wattleton believes only the District

1

Court For The Northern District of Georgia, Atlanta Division may grant the statutory relief he seeks. See, <u>Archuleta v Hedricks</u>, 365 F.3d. 644 (8th Cir 2004). As Mr. Wattleton believes that the District of Massachusetts does not have jurisdiction to rule on the merits of his petition he argues that his petition should be transferred to the United States District Court for the Northern District of Georgia, Atlanta Division so that the Court can act promptly in issuing the show cause orders and setting a date for a hearing on the merits of the matters pursuant to 28 U.S.C. Section 2243 and so the clerk can set submission date for motion in opposition to motion for summary judgment.

Therefore, for the aforementioned reason Mr. Wattleton request an order from this Court consistent with the above.

Respectfully submitted,

*David Wattleton*
Pro Se