IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

DAVID WATTLETON,

    Petitioner,

vs.

DAVID WINN, WARDEN,
FEDERAL MEDICAL CENTER-DEVENS,
FEDERAL BUREAU OF PRISONS,

    Respondent(s).

PETITIONER'S MOTION TO FILE
AFFIDAVIT IN SUPPORT OF ORIGINAL
28 U.S.C. Section 2241 PETITION

PLEASE TAKE NOTICE, that the petitioner, David Wattleton, through pro se, hereby files this affidavit in support of his original 28 U.S.C. Section 2241 in the above captioned case. The present posture of the case before the Court is that Mr. Wattleton is challenging the legality of his involuntary commitment via section 2241. He respectfullly submits to this Court evidence and exhibits in support and made a part of this section 2241 and the matters therein are critical in resolution of the matter of whether the government's mental health expert's methods comport with the

1

generally accepted standards of medical practice in the scientific community.

In this affidavit Mr. Wattleton wishes to incorporate by reference certain facts alleged in said petition particularly those which tend to prove that the government's expert's methods in determining mental illness and dangerousness are too unreliable to tolerate and do not comport with the degree of care ordinarily exercised by local or national members of the government's expert's profession.

Therefore, Mr. Wattleton respectfully request that this Court should grant his motion to file affidavits in support of his original section 2241 for the reasons consistent with the above.

Respectfully submitted,

David Wattleton
The Pro Se Affiant

# North Carolina Psychology Board



Erica H. Wise, Ph. D.
Chair

Martha N. Storie
Executive Director

895 State Farm Road, Suite 101 - Boone, NC 28607
Telephone (828) 262-2258
Fax (828) 265-8611

Randy Yardley, M.A.
Staff Psychologist

Susan C. Loy, M.A.
Staff Psychologist

November 22, 2002


Mr. David Wattleton
Federal Medical Center
PO Box 1600
Butner, NC 27509

Re:   *Edward Landis, Ph.D.*
      *Angela Walden Weaver, Ph.D.*

Dear Mr. Wattleton:

I write to acknowledge receipt of the material which you forwarded regarding the above named individuals. The Board's staff will communicate further with you if additional information is needed or when a decision is reached.

Please be advised that the length of time required to resolve a matter depends upon the nature of the information and its complexity. A determination of the disposition of a matter is the responsibility of the Board, and the Board makes its decisions only during regularly scheduled Board meetings. The Board meets on a regular basis with meetings scheduled every other month.

If you wish additional information or have any questions, you may feel free to contact Ms. Susan Loy, Board Staff Psychologist and investigator in this matter, at (704) 735-8194.

Sincerely,

*Martha N Storie*

Martha N. Storie
Executive Director

cc:   Susan Loy, M.A.
      Sondra Panico, Assistant Attorney General and Counsel to the Board



# North Carolina Psychiatric Association
*A District Branch of the American Psychiatric Association*

2002-2003 Executive Council

L. Jarrett Barnhill, M.D., F.A.P.A.
*President*
Department of Psychiatry
Campus Box 7160
UNC School of Medicine
Chapel Hill, NC 27599
(919) 966-4805
Jarrett_Barnhill@med.unc.edu

Diana L. Dell, M.D.
*President Elect*

Drew E. Bridges, M.D.
*Vice President*

Elizabeth M. Pekarek, M.D.
*Secretary*

David K. Gittelman, M.D., F.A.P.A.
*Treasurer*

David A. Ames, M.D., F.A.P.A.
*Immediate Past President*

John G. Wagnitz, M.D., F.A.P.A.
*Past President*

Margaret J. Dorfman, M.D., F.A.P.A.
Nicholas E. Stratas, M.D., L.F.A.P.A.
*APA Assembly Representatives*

Debra A. Bolick, M.D.
Maxie L. Gordon, M.D.
Ureh Nnenna Lekwauwa, M.D.
Margery S. Sved, M.D., F.A.P.A.
*Councilors at Large*

Rex J. Moody, M.D.
*NC Psychoanalytic Society Representative*

Mark A. Mattioli, M.D.
*NCCCA Psychiatry Representative*

Christopher B. Aiken, M.D. (Duke)
Ruth C. Flynn, M.D. (ECU)
Theodore H. Mueller, M.D. (UNC)
Ravi K. Telakapalli, M.D. (WFU)
*Member-in-Training Representatives*

Philip E. Veenhuis, M.D., L.F.A.P.A.
*NC Medical Society Representative*

Robin B. Huffman
*Executive Director*

December 13, 2002

Mr. David Wattleton
FMC-Butner
Post Office Box 1600
Burner, North Carolina 27509

Dear Mr. Wattleton:

    We are in receipt of your letter of complaint against a member of NCPA. In order for us to be able to proceed, please find the enclosed North Carolina Psychiatry Association Ethics Complaint Form and the American Psychiatric Association's *Information for Complaints on the Ethics Process.*

    Once you have completed the form, including signing the release, please return it to our office in the envelope provided. Your letter and supporting documents will be appended to the Complaint Form and we will contact you concerning the next steps.

Sincerely,

Robin Huffman
Executive Director

4917 Waters Edge Drive, Suite 250 Raleigh, North Carolina 27606 (919) 859-3370 FAX (919) 851-0044
www.ncpsychiatry.org



# North Carolina Psychiatric Association
*A District Branch of the American Psychiatric Association*

2002-2003 Executive Council

L. Jarrett Barnhill, M.D., F.A.P.A.
*President*
Department of Psychiatry
Campus Box 7160
UNC School of Medicine
Chapel Hill, NC 27599
(919) 966-4805
Jarrett_Barnhill@med.unc.edu

Diana L. Dell, M.D.
*President Elect*

Drew E. Bridges, M.D.
*Vice President*

Elizabeth M. Pekarek, M.D.
*Secretary*

David K. Gittelman, M.D., F.A.P.A.
*Treasurer*

David A. Ames, M.D., F.A.P.A.
*Immediate Past President*

John G. Wagnitz, M.D., F.A.P.A.
*Past President*

Margaret J. Dorfman, M.D., F.A.P.A.
Nicholas E. Stratas, M.D., L.F.A.P.A.
*APA Assembly Representatives*

Debra A. Bolick, M.D.
Maxie L. Gordon, M.D.
Ureh Nnenna Lekwauwa, M.D.
Margery S. Sved, M.D., F.A.P.A.
*Councilors at Large*

Rex J. Moody, M.D.
*NC Psychoanalytic Society Representative*

Mark A. Mattioli, M.D.
*NCCCA Psychiatry Representative*

Christopher B. Aiken, M.D. (Duke)
Ruth C. Flynn, M.D. (ECU)
Theodore H. Mueller, M.D. (UNC)
Ravi K. Telakapalli, M.D. (WFU)
*Member-in-Training Representatives*

Philip E. Veenhuis, M.D., L.F.A.P.A.
*NC Medical Society Representative*

Robin B. Huffman
*Executive Director*

June 9, 2003

Mr. David Wattleton          **Personal and Confidential**
Reg. No. 50260-019
FMC-Butner
PO Box 1600
Butner, NC 27509

Dear Mr. Wattleton:

The North Carolina Psychiatric Association Ethics Committee has conducted a review of your complaint against Moira Artigues, M.D.

Based on the information you have provided, we have concluded that an ethical violation did not occur. This judgment is in accordance with The Principles of Medical Ethics with Annotations Applicable to Psychiatry, 2001 Edition.

We do appreciate your bringing your concerns to our attention, and want to express our regrets for any problems you may have experienced. You may address a review of this decision within 60 days to Nada Stotland, M.D., Secretary, American Psychiatric Association, 1000 Wilson Boulevard, Suite 1825, Arlington, VA 22209.

Sincerely,

Michele Frye, M.D.
Co-chair, NCPA Ethics Committee

Lawrence Beasley, M.D.
Co-chair, NCPA Ethics Committee

cc: Robin Huffman, Executive Director

4917 Waters Edge Drive, Suite 250 Raleigh, North Carolina 27606 (919) 859-3370 FAX (919) 851-0044
www.ncpsychiatry.org

# American Psychiatric Association

1400 K Street, N.W.
Washington, D.C. 20005
Telephone 202.682.6000
Fax 202.682.6850
E-mail apa@psych.org
Internet www.psych.org

**Board of Trustees**
**2002-2003**
Paul S. Appelbaum, M.D.
　*President*
Marcia K. Goin, M.D.
　*President-Elect*
Michelle B. Riba, M.D.
　*Vice President*
Steven S. Sharfstein, M.D.
　*Vice President*
Pedro Ruiz, M.D.
　*Secretary*
Carol A. Bernstein, M.D.
　*Treasurer*

Richard K. Harding, M.D.
Daniel B. Borenstein, M.D.
Allan Tasman, M.D.
　*Past Presidents*

Kathleen M. Mogul, M.D.
Ann Marie T. Sullivan, M.D.
Roger Peele, M.D.
Norman A. Clemens, M.D.
Jack Bonner, III, M.D.
Maurice Rappaport, M.D.
Albert V. Vogel, M.D.
Keith W. Young, M.D.
Patrice A. Harris, M.D.
David Fassler, M.D.
Susan L. Padrino, M.D.
Angela D. Harper, M.D.
　*Trustees*

**Assembly**
**2002-2003**
Albert C. Gaw, M.D.
　*Speaker*
Prakash N. Desai, M.D.
　*Speaker-Elect*
James E. Nininger, M.D.
　*Recorder*

Steven M. Mirin, M.D.
　*Medical Director*
Robert E. Hales, M.D.
　*Editor-in-Chief,*
　*American Psychiatric Publishing, Inc.*
Nancy C. Andreasen, M.D., Ph.D.
　*Editor-in-Chief, American Journal*
　*of Psychiatry*
John A. Talbott, M.D.
　*Editor-in-Chief,*
　*Psychiatric Services*
James P. Krajeski, M.D.
　*Editor-in-Chief, Psychiatric News*
Jay B. Cutler, J.D.
　*Special Counsel & Director,*
　*Division of Government Relations*
Kathleen Dempsey
　*Chief Operating Officer*
Deborah J. Hales, M.D.
　*Director, Department of*
　*Education & Career Development*
Ronald A. McMillen
　*Chief Executive Officer,*
　*American Psychiatric Publishing, Inc.*
Laurie S. Oseran
　*Director, Division of Communications*
Darrel Regier, M.D., M.P.H.
　*Executive Director,*
　*American Psychiatric Institute for*
　*Research and Education*
　*Director, Division of Research*
James W. Thompson, M.D., M.P.H.
　*Director, Division of Education,*
　*Minority and National Programs*

August 23, 2002

Mr. David Wattleton
Reg. No. 50260-019
Federal Medical Center – Butner
PO Box 1600
Butner, NC 27509-1600

Dear Mr. Wattleton:

Dr. Steven Mirin, Medical Director of the American Psychiatric Association, has asked me to respond to your letter of July 1, 2002. The APA is a non-profit voluntary membership association and cannot investigate the actions of Drs. Artigues and Weaver, as you request. I am returning the material that you sent to Dr. Mirin.

You may wish to contact the Bazelon Center for Mental Health Law (1101 15th Street NW Washington DC 20005); they may be able to provide information as to how to accomplish the investigation concerning records of your evaluation. Also, Dr. Artigues may be reported to the North Carolina Medical Board (PO Box 20007, Raleigh, NC 27619) as she must have a license to practice medicine in the state.

Sincerely yours,

Carol Davis, Director, Office of
Ethics & Professional Responsibility



Remedy No.: 237062-F1

Part B- WARDEN'S RESPONSE

We have investigated your allegation that doctors maliciously withheld psychological test results from the court. Our records indicate you were administered the MMPI-2 on 02/01/00. Your primary clinician who had minimal involvement in the final stages of preparation of forensic evaluation, did not ask you to participate in psychological testing. In February 2000, when the forensic evaluation was placed into final, she was not aware that previous testing existed. The previous evaluator, who was your primary clinician at that time, no longer works for the Bureau of Prisons, and we are not able to ask her how this situation came about.

While it appears there was a break down in communication regarding the MMPI-2, which subsequently resulted in the omission of test results in your forensic evaluation, I do not find any evidence of malicious intent. Your primary clinician has indicated that she is willing to include this information in her next report to the Court, due in August 2001. Therefore, your request is granted.

If you are dissatisfied with this response, you may submit an appeal to the Regional Director, Mid-Atlantic Regional Office, 10010 Junction Drive, Annapolis Junction, Maryland 20701. Your appeal must be received in that office within 20 calendar days from the date of this response.

4/18/01
Date

A. F. Beeler, Warden

Administrative Remedy Regional Appeal
Part B - Response

Date Filed: April 27, 2001                        Remedy ID#: 237062-R1

You appeal the Warden's response to your request for administrative remedy. You request in your appeal to know whether a staff member deliberately omitted psychological test results from a forensic report and subsequent testimony. You wish to know further if those test results were contradictory or supportive of conclusions contained in the report and testimony.

Investigation of your complaint reveals that the staff member was unaware of the existence of the particular psychological test results to which you refer prior to writing her report and providing testimony. But, examination of those test results reveals that they were consistent with the conclusions of her report and testimony. As the Warden indicated in his original response to you, those results will be included in the next scheduled report to the Court in August 2001.

Your appeal of the Warden's response is denied. If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the General Counsel's Office within 30 days from the date of this response.

MAY 16 2001
Date

for Margaret C. Hambrick,
Regional Director
Mid-Atlantic Regional Office

**Administrative Remedy No. 237062-A2**
**Part B - Response**

You claim institution staff members have attempted to cover-up alleged improper conduct of a former institution forensic expert. In addition, you request to be informed of the reason for alleged inconsistencies and variations in the interpretations of the MMPI test results provided to the investigator of your institution appeal and the statements you claim to have discovered in your medical record. As relief, you request the assignment of responsibility and remedial action.

We do not find any evidence that indicates inconsistencies and variations in the interpretations of the MMPI test results and the statements you claim to have discovered in your medical record were provided to the investigator of your institution appeal.

Finally, your complaint that institution staff members have attempted to cover-up alleged improper conduct of a former institution forensic expert will not be addressed as this issue must first be addressed at the institution level. Your appeal is denied.

_August 7, 2001_
Date

_____
Harrell Watts, Administrator
National Inmate Appeals

| U. S. Department of Justice | Inmate Request to Staff Member - RESPONSE |
|---|---|
| Federal Bureau of Prisons | FMC Butner, North Carolina |

**TO:** Wattleton, David
Reg. No.: 50260-019
Unit: Mental Health 1G

This is in response to your Inmate Request to Staff, dated 5/29/2001 in which you describe various concerns about the results of MMPI-2 testing and Dr. Artigues' testimony regarding this in court. While you do not state any specific request, you appear to be seeking further explanation in response to these concerns.

Review of the documentation you submitted indicates that you told Dr. Artigues that you would refuse psychological testing, but later stated that you intended to comply. Review of the MMPI-2 protocol indicates that while you did complete the majority of test items, your also declined to answer 65 questions. This number of omitted items is more than twice the usually accepted limit to maintain test validity. Therefore, Dr. Artigues's notation in the medical record dated 02/03/2000, indicating "he did not complete testing such that a valid profile could be obtained. He appeared to selectively respond to items" is a correct reflection of your behavior and the test results. This approach to personality testing is often seen in individuals who are paranoid and defensive, and may be attempting to minimize or hide psychological problems. The behavioral correlates of this testing are not inconsistent with Dr. Artigues's diagnostic formulation in your case. The MMPI-2 testing does not support the interpretation that you have no mental disorder. Dr. Artigues's written report indicates that you did not complete the test, while it would have been more accurate to state that you did not fully complete the test as instructed and that no valid results could be obtained.

6-25-01
Date

Brian _____ Acting AW/M
Sally C. Johnson, M.D.
Associate Warden Medical

cc:  Central File - (Mental Health - 1G)
Medical Record
AW(M) File