```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

DAVID WATTLETON,            )
    Petitioner,           )
                                )
        v.                     )   C.A. No. 04-40185-MLW
                                )
DAVID WINN,                 )
    Respondent              )

<u>ORDER</u>

WOLF, D.J.                                            June 29, 2005

     The court has received the petitioner's Motion to Amend his petition, his Motion for Summary Judgment, and his Motion to File an Affidavit.  It is hereby ORDERED that:

     1.  The petitioner's Motion to Amend Petition for Writ of Habeas Corpus (Docket No. 3) is ALLOWED.

     2.  The petitioner's Motion for Summary Judgment (Docket No. 4) is DENIED without prejudice to renewal if the petitioner pays the necessary filing fee, his petition is served, and the respondent files a response to the petition.

     3.  The petitioner's Motion to File an Affidavit (Docket No. 5) is ALLOWED.

                                           <u>/s/ Mark L. Wolf</u>
                                           MARK L. WOLF
                                           UNITED STATES DISTRICT JUDGE