UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID WATTLETON,
        Petitioner,

v.                              Civil Action No. 04-40185-MLW

DAVID WINN, ET AL.,
        Respondents

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒    DENIED for the following reasons:

        Petitioner has failed to demonstrate that he lacks sufficient funds to pay the $5.00 filing fee.

☒    The Petitioner shall pay the $5.00 filing fee within forty-two (42) days of the date of this Order; failure to pay the filing fee will result in dismissal of this action.

SO ORDERED.

June 30, 2005                /s/ Mark L. Wolf
DATE                           MARK L. WOLF
                                UNITED STATES DISTRICT JUDGE