```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| DAVID WATTLETON,              )  | |
|     Plaintiff,          )  | |
|                               )  | C.A. No. 04-40185-MLW |
|   v.                            )  | |
|                               )  | |
| DAVID WINN et al,             )  | |
|     Defendants.        )  | |

<u>ORDER</u>

WOLF, D.J.                                                August 16, 2005

On June 30, 2005, this court ordered petitioner David Wattleton, within forty-two days, or, by August 12, 2005, to pay the filing fee. Wattleton has not made the requisite payment. Accordingly, it is hereby ORDERED that this case is DISMISSED for want of prosecution.

                                                  /s/ Mark L. Wolf
                                              UNITED STATES DISTRICT COURT